**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**MICHAEL GRAF,**

               **Plaintiff,**

  - against -

**LONG ISLAND RAILROAD CO.,**

               **Defendant.**
-------------------------------------------------------------------x

**ORDER**

**04 CV 4945 (NG) (RER)**

**GERSHON, United States District Judge:**

    No objections have been filed to the July 17, 2006 Report and Recommendation of Magistrate Judge Ramon E. Reyes. The Court adopts the Report and Recommendation in its entirety. The Clerk of Court is directed to dismiss this action with prejudice.

                              **SO ORDERED.**

                              _____/s/_____
                                **NINA GERSHON**
                              **United States District Judge**

Dated:       September 11, 2006
               Brooklyn, New York